FILED: October 27, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 14-2084
(5:14-cv-11617)

———————————

DONALD CARSON; EDWARD FORD; HEATHER RADFORD; ROBIN
RADFORD; TODD MULLINS; ROBIN SHAMBLIN; JEFF HENDERSON;
LINDA OSBORNE; CHERIE BRADLEY; JAMES DICKERSON, and; JOHN
SUPTIC

        Plaintiffs - Appellants

v.

INTERNATIONAL HEADQUARTERS PENSION AND BENEFICIARIES
PLAN OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS,
a/k/a General Pension Plan II; VINCE GIBLIN; CHRISTOPHER HANLEY;
CHRISTINE SIMPKINS; DAVID TREANOR, and; DOES 1-20

        Defendants - Appellees

———————————

RULE 42(b) MANDATE

———————————

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

_/s/Patricia S. Connor, Clerk_